**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LUCIO BARRAGAN, et al.,

                Plaintiffs,                      20-cv-3357 (PAE) (OTW)

        -against-                        **ORDER**

OFF CUTS, LLC, et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

By Memo Endorsed Order dated January 21, 2021, the Court rescheduled a Status Conference in this matter to **February 25, 2021 at 4:00 pm**. (ECF 43). Pursuant to the Court's individual practices, available at https://www.nysd.uscourts.gov/hon-ona-t-wang, the parties are required to file a joint proposed agenda in advance of any status conference. Accordingly, the parties are hereby ORDERED to file a joint proposed agenda by close of business on **Tuesday, February 23, 2021**.

        **SO ORDERED.**

                                                               *s/ Ona T. Wang*

Dated: February 22, 2021                                  **Ona T. Wang**
       New York, New York                    United States Magistrate Judge