**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
LUCIO BARRAGAN, et al.,
:
:
               Plaintiffs,      :      20-cv-3357 (PAE) (OTW)
:
     -against-      :      **ORDER**
:
OFF CUTS, LLC, et al.,
:
:
               Defendants.  :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiffs have attempted to file a Second Amended Complaint without leave of Court. (ECF 52). Plaintiffs must file a redline between the Amended Complaint and proposed Second Amended Complaint by **April 9, 2021.**

     **SO ORDERED.**

                                                     *s/ Ona T. Wang*

Dated: April 5, 2021                                 **Ona T. Wang**
     New York, New York                United States Magistrate Judge