UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LUCIO BARRAGAN, et al.,

                Plaintiffs,　　　　20-cv-3357 (PAE) (OTW)

       -against-　　　　　　　　**ORDER**

OFF CUTS, LLC, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiffs shall file a stipulation of voluntary dismissal of defendant BACON & BAGELS, LLC by **Friday, April 23, 2021**.

Defendants' motion for sanctions pursuant to Federal Rule of Civil Procedure 11(c) shall be filed by **Friday, May 14, 2021**. Plaintiffs' opposition is due **Friday, June 4, 2021**, and Defendants' reply is due **Friday, June 18, 2021**.

Plaintiffs' motion for class certification pursuant to Federal Rule of Civil Procedure 23 shall be filed by **Friday, May 14, 2021**. No opposition or reply dates are set at this time.

**SO ORDERED.**

                                                                                   *s/ Ona T. Wang*

Dated: April 20, 2021　　　　　　　　　　　　　　**Ona T. Wang**
       New York, New York　　　　　　　　United States Magistrate Judge