**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————

LUCIO BARRAGAN, NEMECIO CALDERON,
RODOLFO HERNANDEZ MORA, ROSIBEL
SOLORZANO ROJAS, FRANKIE GIL, LUIS
HERNANDEZ and VALENTIN MIRANDA,
*on behalf of themselves, FLSA Collective Plaintiffs*
*and the Class,*                                          Case No.: 1:20-cv-03357

               Plaintiffs,
                 v.                                    **[PROPOSED]**
                                 **RULE 68 JUDGMENT**

OFF CUTS, LLC
    d/b/a QUALITY EATS,
BACON & BAGELS, LLC
    d/b/a QUALITY EATS,
FOURTH WALL RESTAURANTS, LLC,
    d/b/a QUALITY BRANDED,
ELVIN PAVLENKO and
MICHAEL J. STILLMAN

               Defendants.

———————————————————————————

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants OFF

CUTS, LLC d/b/a QUALITY EATS, FOURTH WALL RESTAURANTS, LLC, d/b/a QUALITY

BRANDED, and MICHAEL J. STILLMAN ("Defendants") having offered to allow Plaintiffs

Lucio Barragan, Nemecio Calderon, Luis Hernandez, and Frankie Gil ("Plaintiffs") to take a

judgment against them, in the sum of Thirty Thousand Three Hundred Fifteen Dollars and No

Cents ($33,315.00), inclusive of Plaintiffs' claims, attorney's fees, costs, and expenses, in

accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 12, 2021

and filed as Exhibit A to Docket Number 70;

    **WHEREAS**, on August 19, 2021, Plaintiffs' attorney having confirmed Plaintiffs'

acceptance of Defendants' Offer of Judgment (Dkt. No. 70);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Lucio Barragan, Nemecio Calderon, Luis Hernandez, and Frankie Gil, in the sum of Thirty Thousand Three Hundred Fifteen Dollars and No Cents ($33,315.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 12, 2021 and filed as Exhibit A to Docket Number 70.

**SO ORDERED:**

Dated: _____, 2021
      New York, New York            _____
                                                U.S.D.J.