UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIO BARRAGAN, NEMECIO CALDERON,
RODOLFO HERNANDEZ MORA, ROSIBEL
SOLORZANO ROJAS, FRANKIE GIL, LUIS
HERNANDEZ and VALENTIN MIRANDA,
*on behalf of themselves, FLSA Collective Plaintiffs
and the Class,*

               Plaintiffs,

               v.

OFF CUTS, LLC
    d/b/a QUALITY EATS,
BACON & BAGELS, LLC
    d/b/a QUALITY EATS,
FOURTH WALL RESTAURANTS, LLC,
    d/b/a QUALITY BRANDED,
ELVIN PAVLENKO and
MICHAEL J. STILLMAN

             Defendants.

Case No.: 1:20-cv-03357

**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants OFF CUTS, LLC d/b/a QUALITY EATS, FOURTH WALL RESTAURANTS, LLC, d/b/a QUALITY BRANDED, and MICHAEL J. STILLMAN ("Defendants") having offered to allow Plaintiffs Lucio Barragan, Nemecio Calderon, Luis Hernandez, and Frankie Gil ("Plaintiffs") to take a judgment against them, in the sum of Thirty Thousand Three Hundred Fifteen Dollars and No Cents ($33,315.00), inclusive of Plaintiffs' claims, attorney's fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 12, 2021 and filed as Exhibit A to Docket Number 70;

      **WHEREAS**, on August 19, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 70);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Lucio Barragan, Nemecio Calderon, Luis Hernandez, and Frankie Gil, in the sum of Thirty Thousand Three Hundred Fifteen Dollars and No Cents ($33,315.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 12, 2021 and filed as Exhibit A to Docket Number 70.

**SO ORDERED:**

Dated: August 20, 2021
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge